**Order filed August 12, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00520-CV

_____

**JEFFEREY YATES, Appellant**

**V.**

**TEXAS DEPT. OF PUBLIC SAFEY, Appellee**

---

**On Appeal from the 295th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2014-24147**

---

## ABATEMENT ORDER

According to information provided to this court, appellant filed an affidavit of indigence in the trial court. Appellant filed a notice of appeal on June 30, 2014. It is unclear from the limited record before this court whether the trial court has signed a final judgment or other appealable order.

Appellant filed a motion to abate the appeal in which he states that he has not been provided notice of a final order, but he filed his notice of appeal to preserve his right to

appeal. He asks that the appeal be abated pending a ruling on his affidavit of indigence and/or dismissal of the underlying cause. We **GRANT** the motion and issue the following order:

We **ORDER** the appeal abated for a period of **30 days,** and we further **ORDER** the trial court clerk to file the portions of the record necessary to determine our jurisdiction over this appeal. The **partial clerk's record** shall contain: **(1)** appellant's affidavit of indigence; **(2)** the contest(s) to the affidavit of indigence; **(3)** the trial court's order ruling on the contest(s); **(4)** the judgment or order being appealed; **(5)** any motion for new trial, other post-judgment motion, or request for findings of fact and conclusions of law; and **(6)** the notice of appeal. The partial record shall be filed with the clerk of this court on or before **September 15, 2014.**

The appeal is abated, treated as a closed case, and removed from this court's active docket. The appeal will be reinstated on this court's active docket when the partial clerk's record has been filed. The court will also consider an appropriate motion to reinstate the appeal filed by any party.

PER CURIAM